IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CLAYTON M. JACKSON
Reg. #02682-509                                                                    PLAINTIFF

v.                          No. 3:20-cv-389-DPM-JJV

BRENT COX, Jail Administrator,
Greene County Jail; JAMES GLENN,
Sergeant, Greene County Jail; CODY
KELLEY, Detention Officer, Greene
County Jail; and JEREMY HAMMONS,
USMS, aka Robert Jeremy Hammons                         DEFENDANTS

ORDER

Objection, *Doc. 5*, overruled. Magistrate Judge Volpe did not clearly err or misapply the law in screening Jackson's complaint, *Doc. 3*. FED. R. CIV. P. 72(a). Further, though Jackson says in his objection that he can prove a failure to train or supervise, he didn't include that claim in his complaint. If Jackson wants to pursue this case, then he must submit an amended complaint that complies with the 4 December 2020 Order. Amended complaint due by 15 January 2021.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

30 December 2020