IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CLAYTON M. JACKSON
Reg. #02682-509                                                                    PLAINTIFF

v.                                   No. 3:20-cv-389-DPM-JJV

BRENT COX, Jail Administrator,
Greene County Jail;  JAMES GLENN,
Sergeant, Greene County Jail;  CODY
KELLEY, Detention Officer, Greene
County Jail;  JEREMY HAMMONS,
USMS, aka Robert Jeremy Hammons;
and WESLEY MASSING, Detention
Officer, Greene County Jail                                                       DEFENDANTS

ORDER

Unopposed partial recommendation, *Doc. 10*, adopted.  FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes).  Jackson's July and September 2020 failure to protect and due process claims against Brent Cox and James Glenn will proceed.  *Doc. 8 at 4–6*.  All other claims and Defendants are dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
5 February 2021