IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CLAYTON M. JACKSON
Reg. #02682-509                                                          PLAINTIFF

v.                          No: 3:20-cv-389-DPM

BRENT COX, Jail Administrator,
Greene County Jail; and
JAMES GLENN, Sergeant,
Greene County Jail                                                       DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Jackson hasn't updated his address; and the time to do so has passed. *Doc. 25*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). Motions, *Doc. 22 & 26*, denied without prejudice as moot. An *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

4 May 2021