# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

CLAYTON M. JACKSON
Reg. #02682-509                                                                PLAINTIFF

v.                              No: 3:20-cv-389-DPM

BRENT COX, Jail Administrator,
Greene County Jail; JAMES GLENN,
Sergeant, Greene County Jail; CODY
KELLEY, Detention Officer, Greene
County Jail; JEREMY HAMMONS,
USMS; and WESLEY MASSING,
Detention Officer, Greene County Jail                        DEFENDANTS

## JUDGMENT

Jackson's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

4 May 2021